IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                                              Cr. No.  04-20266-D

MARVIN JACKSON,

   Defendant.

---

### ORDER

---

It is hereby Ordered that the Change of Plea Hearing in the above captioned matter is continued until the 30th day of June, 2005 at 11:15 a.m. /p.m.

Thus Ordered this 31st day of May, 2005 at Memphis, Tennessee.

_____
UNITED STATES DISTRICT COURT JUDGE

3

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CR-20266 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT