FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 23 PM 7: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                       Cr. No. 04-20266-D

MARVIN JACKSON,

    Defendant.

---

## ORDER

---

It is hereby Ordered that the Sentencing Hearing in the above captioned matter is continued until the 2nd day of November, 2005 at 1:00 p.m.

Thus Ordered this 21 day of September, 2005 at Memphis, Tennessee.

_____
JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CR-20266 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT