IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 13 PM 6: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Cr. No.   04-20266-D

MARVIN JACKSON,

    Defendant.

---

### ORDER

---

It is hereby Ordered that the Sentencing Hearing in the above captioned matter is continued until the 5th day of December, 2005 at 1:30 p.m.

Thus Ordered this 12th day of October, 2005 at Memphis, Tennessee.

                                                _____
                                                JUDGE BERNICE B. DONALD
                                                UNITED STATES DISTRICT COURT JUDGE

3

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 2:04-CR-20266 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT