FILED BY ___ D.C.

05 DEC -6 PM 4:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Cr. No.  04-20266-D

MARVIN JACKSON,

    Defendant.

---

ORDER

---

It is hereby Ordered that the Sentencing Hearing in the above captioned matter is continued until the **1st** day of **February**, 200**6** at **1:30** a.m./**p.m.**

Thus Ordered this **2nd** day of **December**, 2005 at Memphis, Tennessee.

_____
JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

3



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:04-CR-20266 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT